163 So. 365

## SOUTHERN RAILWAY CO. v. Robert McCANTS.

### 6 Div. 804.

Supreme Court of Alabama.

June 27, 1935.

Rehearing Denied Oct. 10, 1935.

Harsh, Harsh & Hare, of Birmingham, for petitioner.

Stokely, Scrivner, Dominick & Smith, of Birmingham, opposed.

PER CURIAM.

Petition of Robert McCants for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Southern Railway Co. v. McCants, 26 Ala. App. 442, 163 So. 363.

Writ denied.

ANDERSON, C. J., and THOMAS, BOULDIN, and BROWN, JJ., concur.